**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 02, 2020**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 20-51056-cag |
| | § | |
| HEATHER MCHENRY, | § | CHAPTER 7 |
| | § | |
| Debtor. | § | |

ORDER TO APPROVE SALE OF PROPERTY
FREE AND CLEAR OF ALL LIENS AND CLAIMS

ON THIS DATE CAME ON TO BE CONSIDERED, Debtor's Motion to Approve Sale of Homestead Property Free and Clear of all Liens and Claims for the proposed sale of Debtor's homestead generally described as: 602 Donaldson Ave., San Antonio, TX 78201.

The Court finds that the amount of the proposed sale, $310,000.00, appears to be at or above the fair market value of the property and finds that it is an arms-length transaction. The Court finds that the value and the amounts tendered are reasonable.

IT IS ORDERED that the sale of the property herein described generally is HEREBY APPROVED and that the disbursements for the sale of the realty go to pay off the lien note held by the mortgage servicer, *ad valorem* taxes, costs of the sale, and realtor fees.

IT IS FURTHER ORDERED that the payment of all liens of record be paid at closing.

IT IS FURTHER ORDERED that the *ad valorem* taxes which secure payment of the 2020 *ad valorem* taxes to be assessed shall remain in effect until such taxes are paid in full.

IT IS FURTHER ORDERED that the net proceeds of the sale at closing will be distributed to Debtor.

# # #